# United States Court of Appeals
## For the First Circuit

No. 22-1716

JERRY CINTRON,

Plaintiff, Appellee,

v.

PAUL BIBEAULT, in his official and individual capacity; RUI DINIZ, in his official and individual capacity; MATTHEW KETTLE, in his official and individual capacity; PATRICIA ANNE COYNE-FAGUE, in her individual capacity; WAYNE T. SALISBURY, JR., Director, in his official capacity; STEVEN CABRAL, Special Investigator, in his official and individual capacity; JEFFREY ACETO, in his official and individual capacity; LYNNE CORRY, in her official and individual capacity,

Defendants, Appellants,

LT. HAYES, in his official and individual capacity; LT. MOE, in his official and individual capacity; LT. BUSH, in his official and individual capacity; JENNIFER CHAPMAN, in her official and individual capacity; "COUNSELOR" FRANCO, in her official and individual capacity,

Defendants.

---

**ERRATA SHEET**

The opinion of this court issued on August 5, 2025, is amended as follows:

On page 31, lines 17-18, "And we otherwise reverse the order in full" is replaced with "And we reverse the order to the extent it left standing any of Cintron's other Eighth Amendment claims."